[No. 45199-9-II. Division Two. March 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00529-0, Toni A. Sheldon, J., entered July 29, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 46001-7-II. Division Two. March 3, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID WARREN SOHRAKOFF, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00630-4, Richard L. Brosey, J., entered March 6, 2014. *Dismissed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 46097-1-II. Division Two. March 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE J. MYHRE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00885-2, Nelson E. Hunt, J., entered March 27, 2014. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Worswick and Melnick, JJ.

[No. 31382-4-III. Division Three. March 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN P. HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-1-00068-7, Christopher E. Culp, J., entered December 31, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.